Clerk's Office
File Date: 11/30/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CHOLEWA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION and NICE-PAK PRODUCTS, INC.,<br><br>Defendants. | Civil Action No. 2:20-cv-05483-LDH-JMW<br><br>CLASS ACTION<br><br>**STIPULATION AND NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE COURT AND CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Scott Cholewa and defendants CVS Health Corporation and Nice-Pak Products, Inc., through their undersigned counsel, hereby jointly stipulate to the dismissal of this entire action with prejudice, and with each party agreeing to bear its own costs.[1]

DATED: November 22, 2021

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA
FRANCIS P. KARAM

*/s/ Vincent M. Serra*
VINCENT M. SERRA

---

[1] The dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (stating that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared"); *ISC Holding AG v. Nobel Biocare Fin. AG*, 688 F.3d 98, 128 (2d Cir. 2012) (dismissal under Rule 41(a)(1)(A) "immediately and automatically terminates all proceedings, thus obviating the need for any further 'judicial treatment'").

                                                                 58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com
fkaram@rgrdlaw.com

*Attorneys for Plaintiff*

DATED: November 22, 2021                TUCKER ELLIS LLP
JOHN Q. LEWIS
MICHAEL J. RUTTINGER
CHELSEA M. CROY SMITH

                                                                 */s/ John Q. Lewis*
                                                                JOHN Q. LEWIS

950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216/592-5000
216/592-5009 (fax)
john.lewis@tuckerellis.com
michael.ruttinger@tuckerellis.com
chelsea.smith@tuckerellis.com

*Counsel for CVS Health Corporation
and Nice-Pak Products, Inc.*

TRESSLER LLP
COURTNEY E. SCOTT
1 Penn Plaza, Suite 4701
New York, NY 10119
Telephone: 646/833-0900
cscott@tresslerllp.com

*Counsel for CVS Health Corporation
and Nice-Pak Products, Inc.*

                                                **SO ORDERED:**

                                         s/ LDH               11/30/2021
**Honorable LaShann DeArcy Hall, USDJ
Eastern District of New York**

- 2 -